UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES<br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Defendant.* | Civil Action No. 20-1153 (CRC) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Energy Policy Advocates and Defendant United States Environmental Protection Agency hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own fees and costs. Voluntary dismissal by a plaintiff without a court order is appropriate "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendant has now responded to Plaintiff's Freedom of Information Act requests and responded to questions. There are no issues remaining in dispute at this time.

\* \* \*

Respectfully submitted,

| | |
|---|---|
| */s/ Christopher C. Horner* | MICHAEL R. SHERWIN |
| CHRISTOPHER C. HORNER | Acting United States Attorney |
| D.C. Bar No. 440107 | |
| 1489 Kinross Lane | DANIEL F. VAN HORN |
| Keswick, VA 22947 | D.C. Bar No. 924092 |
| (202) 262-4458 | Chief, Civil Division |
| chris@chornerlaw.com | |
| | By: *//s// John C. Truong* |
| */s/ Matthew D. Hardin* | JOHN C. TRUONG |
| MATTHEW D. HARDIN | D.C. BAR #465901 |
| D.C. Bar No. 1032711 | Assistant United States Attorney |
| 1725 I Street NW, Suite 300 | Civil Division |
| Washington, DC 20006 | United States Attorney's Office |
| (434) 202-4224 | 555 4th Street, N.W. |
| MatthewDHardin@gmail.com | Washington, D.C. 20530 |
| | Telephone: (202) 252-2524 |
| *Counsel for Plaintiff* | Email: John.Truong@usdoj.gov |
| | |
| | *Counsel for Defendant* |

Dated: September 11, 2020